**VAN–096** Order for Voluntary Dismissal – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Marcelino Gonzalez
9 Oriole Ct
Apt C
Selma, NC 27576

TaxID: 83–1162865


Domodo Aissata Gonzalez
9 Oriole Ct
Apt. C
Selma, NC 27576

CASE NO.: 26–00281–5–DMW

DATE FILED: January 21, 2026

CHAPTER: 13


ORDER OF VOLUNTARY DISMISSAL

IT IS ORDERED that the motion for voluntary dismissal of Domodo Aissata Gonzalez is allowed. Should the debtor(s) file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay.

DATED: April 27, 2026


David M. Warren
United States Bankruptcy Judge