**VAN–064** Order to Show Cause – Rev. 01/16/2024

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Marcelino Gonzalez
*( debtor has no known aliases )*
9 Oriole Ct
Apt C
Selma, NC 27576

CASE NO.: 26–00281–5–DMW

DATE FILED: January 21, 2026

CHAPTER: 13

TaxID: 83–1162865

ORDER TO SHOW CAUSE

IT IS ORDERED that Marcelino Gonzalez   appear at the time and place indicated below to show cause, if any there be, as to why this case should not be dismissed with prejudice for failure to:

Pay Amendment Fee

DATE:      Wednesday, May 20, 2026
TIME:      10:30 AM
PLACE:     300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

DATED: May 8, 2026

David M. Warren
United States Bankruptcy Judge