# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Marcelino Gonzalez
9 Oriole Ct
Apt C
Selma, NC 27576
TaxID: 83–1162865

CASE NO.: 26–00281–5–DMW

DATE FILED: January 21, 2026

CHAPTER: 13

TaxID: 83–1162865

ORDER DISMISSING SHOW CAUSE ORDER

IT IS ORDERED that the Show Cause Order entered by the court on May 8, 2026 for Failure to Pay Amendment Fee is DISMISSED.

DATED: May 11, 2026

David M. Warren
United States Bankruptcy Judge