**SO ORDERED.**

**SIGNED this 28 day of May, 2026.**



_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                                          CASE NO. 26-00281-5-DMW

MARCELINO GONZALEZ
                                                                CHAPTER 13

        DEBTOR

### ORDER DETERMINING VALUE OF COLLATERAL

This matter comes on to be heard upon the Motion to Value Collateral and Cram Down Secured Claim of Santander Consumer USA ("Motion") filed by Marcelino Gonzalez ("Debtor") on March 23, 2026.  The court conducted a hearing in Raleigh, North Carolina on May 20, 2026. The *pro se* Debtor was present, and Michael B. Burnett, Esq. appeared as Chapter 13 trustee. Based upon the Motion, the arguments of the parties and the case record, the court makes the following findings of fact and conclusions of law:

1. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the court has the authority to hear and determine the matter pursuant to 28 U.S.C. § 157(b)(1).  The court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 157(a) and 1334 and the General Order of Reference entered on August 3, 1984 by the United States District Court for the Eastern District of North Carolina.

2.      The Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on January 21, 2026.  Upon request of the Debtor, the court converted this case to one under Chapter 13 of the United States Bankruptcy Code on March 16, 2026.[1]

3.      The Debtor owns a 2019 Jeep Cherokee ("Vehicle") securing a debt in favor of Santander Consumer USA ("Santander").  Santander filed a Proof of Claim on March 20, 2026 asserting a claim in the amount of $18,786.18.

4.      The Debtor asserts in the Motion that the Vehicle has a value of $11,192.00.  Santander has not responded to the Motion.

5.      Santander objected to confirmation of the Debtor's Chapter 13 Plan which included the $11,192.00 valuation, asserting the Vehicle has a value of $16,550.00.  The court conducted a hearing on confirmation of the Plan and on the Motion on May 20, 2026; however, counsel for Santander did not appear at the hearing.  The court rescheduled the confirmation hearing to be conducted on July 8, 2026.

6.      The valuation asserted by the Debtor appears reasonable, and the Motion should be allowed.  Santander may pursue an objection to confirmation at the rescheduled hearing only on grounds unrelated to the value of the Vehicle; now therefore,

It is ORDERED, ADJUDGED and DECREED that the value of the Vehicle is $11,192.00, and the confirmation hearing is continued to July 8, 2026.

END OF DOCUMENT

---

[1] The Debtor filed the petition along with his spouse; however, at the request of the Debtor and his spouse, the court dismissed this case as to the spouse on April 27, 2026.